May 5, 2008

Mr. Mark Davis
O'Keefe, Lyons & Hynes, LLC
30 North LaSalle Street, Suite 4100
Chicago, IL 60602

> Re:   Cook County Ratio Study
>        Job No.: 2007-00424

Dear Mr. Davis:

Attached is the Process for Editing Sales for Ratio Study.

## Process for Editing Sales for Ratio Study

### Office Sales

We identified 167 sales in the downtown Chicago market that sold between 1997 and 2006. The transactions include Class A and B buildings that were reported on the Co-Star proprietary data sales service. We excluded approximately 20 transactions that were not arms length, or were transfers of minor interests determined to be not indicative of a majority interest.

The verification of the sale price came from a combination of Co-Star documents, transfer declarations, deeds or in some cases closing statements.

The sale data was entered into a spreadsheet format where the sale properties were sorted by date of sale. Each sale transaction is identified by building name, common address, and County P.I.N. number. The starting point for each transaction is the total sale price reported on the Co-Star proprietary sales data base for the Loop. For each sale transaction, Co-Star provides 3 to 4 pages of description of the sale regarding type of sale, broker names (if applicable), buyer, seller, building size, building age, gross and net income (if available), P.I.N.s, document number, etc. These Co-Star sheets were reviewed for every office sale.

The Co-star price was then compared to the revenue stamps from the deed (when available), and the sale price from the transfer declaration.

The transfer declaration is examined to analyze the type of transaction to make sure it qualifies as arms length regarding type of deed, relationship of buyer and seller, personal property included in price, etc. Several transactions sold subject to long-term ground leases. These prices were adjusted up by capitalizing the ground rent and adding it to the sale price.

205 North Michigan Avenue • Suite 3916 • Chicago, Illinois 60601
TEL 312.346.1020 • FAX 312.346.1042

EXHIBIT A

Mr. Mark Davis
May 5, 2008
Page 2

Regarding personal property, approximately 7 transactions had downward price adjustments due to the inclusion of personal property which was quantified on the transfer declaration.

For some of the sale properties we also had copies of the closing statements, and purchase contracts because we had appraised these properties.

We have analyzed the IAAO publication on Sales Validation Guidelines. The process that we used generally follows their stated guidelines.

### Industrial Sales

For this group, we included 69 sales of industrial properties over $5,000,000 in sale price or over 200,000 square feet of building area and that sold from 1997 to 2007. These were also arms length sales that we obtained from Co-Star and were verified through transfer declarations, deeds, Co-Star sheets or closing statements. These sales were also screened using the IAAO Sales Validation Guidelines.

Respectfully submitted,

Michael J Kelly, MAI, SRPA
Illinois State Certification Number:                           553-000595
Certification Expiration Date:                                 September 30, 2009

205 North Michigan Avenue • Suite 3916 • Chicago, Illinois 60601
TEL 312.346.1020 • FAX 312.346.1042