**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Fox Valley/River Oaks Partnership, et al.

Plaintiff,

v.

Case No.: 1:18–cv–04888
Honorable John J. Tharp Jr.

Maria Pappas, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' proposed scheduling orders [456] and considered the oral argument that was presented on 4/8/25. The Court is also aware of the protracted history of discovery disputes in this matter, and of Defendant Pappas's estimate that there are "seven pending disputes" that need be resolved before the Defendants take depositions. The parties are encouraged to resolve those disputes by taking reasonable positions in meet and confer sessions. The discovery schedule is: amended initial disclosures by 4/25/25; written discovery completed by 5/8/25; 30(b)(6) notices to issue by 6/27/25; and, fact discovery and depositions to be completed by 9/19/25. Expert disclosures (all parties) by 10/17/25; rebuttal reports by 12/17/25; and, expert depositions to be completed by 2/27/26. Deadlines for Daubert motions, dispositive motions, and the final pretrial order will be set by the District Judge. The parties are directed to submit a joint status report updating the Court on the progress of discovery by 5/22/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.