# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Fox Valley/River Oaks Partnership, et al.

                                       Plaintiff,

v.                                           Case No.: 1:18−cv−04888

                                           Honorable John J. Tharp Jr.

Maria Pappas, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

     MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has conferred with the Special Master about the parties' pending motions to compel [476], [488], [489]. In the event there is follow−up discovery pursuant to the Special Master#039;s rulings on the motions, the discovery schedule is amended for that limited purpose. Fact discovery and depositions must be completed by 10/31/25. Expert disclosures (all parties) by 12/1/25; rebuttal reports by 1/9/26; and expert depositions to be completed by 3/11/26. The District Judge's schedule [475] for dispositive and Daubert motions remains unchanged. The Court's previous scheduling order [461] was designed to allow the parties to complete discovery well in advance of their due dates for dispositive and Daubert motions. This amended order uses up any flexibility that remained in the schedule. The parties are to file a joint status report on the status of discovery by 10/21/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.