**From:** Maura Grossman <maura.grossman@uwaterloo.ca>
**Sent:** Tuesday, August 26, 2025 1:26 PM
**To:** Daniel J. Cozzi <dcozzi@smbtrials.com>: Romteen Bahramirad <rbahramirad@smbtrials.com>: Schnake, Katherine G. <KSchnake@hinshawlaw.com>; Brittany C. Dushman <bdushman@smbtrials.com>; Tripp Burton <eburton@smbtrials.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Schrag, Andy <andy.schrag@blankrome.com>; Ventresca, Samuel M. <samuel.ventresca@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Brynn E. Sermersheim <bsermersheim@smbtrials.com>; Pagano, Matthew L. <mpagano@hinshawlaw.com>; 'ANTHONY O'BRIEN' <anthony.obrien@cookcountysao.org>; Tatia Gibbons (Assessor) <tatia.gibbons@cookcountyil.gov>; Christopher E. Grimes <cegrimes@smbtrials.com>
**Subject:** AF Moore (18-cv-04888) - Motions to Compel Simon Property Group (Dkt. 488 and 489)
**Importance:** High

> **Caution:** External email.

Counsel for the Simon Property Group,

I would like your client to prepare and submit a sworn affidavit for me setting forth the following information, which may be presented in table form:

1. A list with the name and department of each custodian whose ESI or hard-copy documents were searched in connection with this litigation, the approximate date of the search, precisely which ESI and/or hard-copy sources for that custodian were searched, and the date of the production containing that custodian's ESI or hard-copy documents.
2. A list of the non-custodial data sources that were searched in connection with this litigation, what department each source is associated with (if any), the approximate date of the search, and the date of the production of ESI or hard-copy documents from that non-custodial data source.
3. A list of any departments where custodian or non-custodial data sources were <u>not</u> searched, including, but not limited to, Leasing, Finance, Accounting, Lease Administration, Development, Budgeting, and Property Management.
4. A list including the 19 items set forth in the County Defendants' letter dated July 3, 2025 (Ex. F to County Defendants' Opening Brief) and (a) whether the item was searched for (if applicable), (b) the approximate date of the search (if applicable), (c) a precise description of the hard-copy documents or ESI in each category that were produced (if applicable), and (d) the date of the production (if applicable).
5. A list of any custodian or non-custodial sources where a search is still in progress or has yet to be undertaken.

**<u>Please submit this affidavit no later than 5 PM on Tuesday, September 2, 2025</u>.**

Maura R. Grossman
Special Master

--------------------------------------------------------------------------------
**Maura R. Grossman, JD, PhD**
Research Professor
Cross Appointed to the School of Public Health Sciences
maura.grossman@uwaterloo.ca
212-861-8097