**1:18-cv-04888**

# EXHIBIT 4

CONFIDENTIAL – WITHHELD FROM PUBLIC FILING