**1:18-cv-04888**

# EXHIBIT 6

CONFIDENTIAL – WITHHELD FROM PUBLIC FILING