| | |
|---|---|
| **From:** | Tzur, Paul |
| **Sent:** | Monday, August 18, 2025 12:50 PM |
| **To:** | Schnake, Katherine G. |
| **Cc:** | Smith, Jim; Schrag, Andy; Ventresca, Samuel M.; Daniel J. Cozzi |
| **Subject:** | RE: Scheduling Call |

Kate:

Thank you for your response and the follow-up call just now. Like I said, we're willing to put up Larson for his deposition this Thursday as we scheduled. But we're going to insist on following Rule 30(d)(1); we aren't going to agree to a second deposition day for Larson. Like we told you on our call earlier, we're going to be producing additional documents that have Larson's name on them in the next two weeks. So, if you take Larson's deposition this Thursday, you'll be doing so without having those additional documents.

We remain willing to work with you to find a different date for Larson's deposition—as with the other depositions—after you receive the additional production and before October 31. This would give you time to review the documents we're producing and have the opportunity to ask Larson and other deponents about those documents.

Talk soon. Thanks again.

**Paul H. Tzur** | BLANKROME
444 West Lake Street | Suite 1650 | Chicago, IL 60606
O: 312.776.2558 | M: 312.804.1490 | F: 312.264.5386 | [paul.tzur@blankrome.com](mailto:paul.tzur@blankrome.com)

---

**From:** Schnake, Katherine G. <KSchnake@hinshawlaw.com>
**Sent:** Monday, August 18, 2025 12:13 PM
**To:** Daniel J. Cozzi <dcozzi@smbtrials.com>; Ventresca, Samuel M. <samuel.ventresca@blankrome.com>
**Cc:** Smith, Jim <jim.smith@blankrome.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Schrag, Andy <andy.schrag@blankrome.com>
**Subject:** RE: Scheduling Call

Sam, Jim, Paul and Andy –

I connected with Dan after our call. We do appreciate your willingness to agree to an extension on fact discovery, and we're amenable to rescheduling Jodi Calisto's deposition as well as the depositions scheduled for next week. But we would like to move forward with Mike Larson's deposition on Thursday. We have a lot of material to go through for his deposition based on what has already been produced and I think it would be more efficient to get started with him.

Kate

**Katherine Schnake**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3708 | **F:** 312-704-3001
KSchnake@hinshawlaw.com
My Bio | hinshawlaw.com |

 

**From:** Daniel J. Cozzi <dcozzi@smbtrials.com>
**Sent:** Monday, August 18, 2025 11:32 AM
**To:** Schnake, Katherine G. <KSchnake@hinshawlaw.com>; Ventresca, Samuel M. <samuel.ventresca@blankrome.com>
**Cc:** Smith, Jim <jim.smith@blankrome.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Schrag, Andy <andy.schrag@blankrome.com>
**Subject:** Re: Scheduling Call

I can make that work, but I only have 5 minutes to talk. Thanks.

Sent from my phone

**From:** Schnake, Katherine G. <KSchnake@hinshawlaw.com>
**Sent:** Monday, August 18, 2025 11:26:57 AM
**To:** Ventresca, Samuel M. <samuel.ventresca@blankrome.com>; Daniel J. Cozzi <dcozzi@smbtrials.com>
**Cc:** Smith, Jim <jim.smith@blankrome.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Schrag, Andy <andy.schrag@blankrome.com>
**Subject:** RE: Scheduling Call

**Caution:** External email.

I can make that work – Dan?

**Katherine Schnake**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3708 | **F:** 312-704-3001
KSchnake@hinshawlaw.com
My Bio | hinshawlaw.com | 

 

**From:** Ventresca, Samuel M. <samuel.ventresca@blankrome.com>
**Sent:** Monday, August 18, 2025 11:25 AM
**To:** Schnake, Katherine G. <KSchnake@hinshawlaw.com>; Daniel J. Cozzi <dcozzi@smbtrials.com>
**Cc:** Smith, Jim <jim.smith@blankrome.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Schrag, Andy <andy.schrag@blankrome.com>
**Subject:** Scheduling Call

Kate and Dan, are you able to jump on a quick call with us at 11:45 CT? We'd like to discuss scheduling with you and can send a Teams invite if that works.

Thank you,
Sam

**Samuel M. Ventresca** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5625 | M: 215.495.9864 | F: 215.689.3866 | Email: Samuel.Ventresca@BlankRome.com

********************************************************************************************
******

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************
******

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.