**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Fox Valley/River Oaks Partnership, et al.

        Plaintiff,

v.

Maria Pappas, et al.

        Defendant.

Case No.: 1:18–cv–04888
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

       MINUTE entry before the Honorable Daniel P. McLaughlin: In–person status hearing held 11/18/25. The Court discussed the parties' Stipulation concerning the completion of fact discovery. The Court accepts the dates proposed in the Stipulation and the Stipulation is to enter in a separate docket entry. Motion for Extension of Time to Complete Discovery [510] is therefore moot and resolved. In accordance with the Stipulation, the fact discovery close is reset for 2/28/26. Expert disclosures (all parties) by 4/10/26; rebuttal reports by 5/8/26; and expert depositions to be completed by 7/10/26. The parties are reminded that, given the age and history of this case, the Court is unlikely to extend fact discovery further absent a strong showing of good cause. The parties are expected to diligently pursue fact discovery during this extended period. Additionally, as discussed in open court, any motion by Plaintiffs objecting to the deposition of Mr. Simon must be filed by 12/12/25; response due 1/5/26; reply due 1/12/26. The parties are directed to file a further join status report by 1/9/26 updating the Court on the status of discovery. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.