UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A.F. MOORE & ASSOCIATES, INC.; J. EMIL ANDERSON & SON, INC.; ERLING EIDE; FOX VALLEY/RIVER OAKS PARTNERSHIP; and SIMON PROPERTY GROUP (DELAWARE), INC., | No. 18 CV 4888 |
| *Plaintiffs,* | |
| v. | Judge John J. Tharp Jr. |
| MARIA PAPPAS, Cook County Treasurer and Ex Officio County Collector; FRITZ KAEGI, Cook County Assessor; and COUNTY OF COOK, | Magistrate Judge Daniel P. McLaughlin |
| *Defendants.* | |

## STIPULATION REGARDING COMPLETION OF FACT DISCOVERY

Plaintiffs Fox Valley/River Oaks Partnership and Simon Property Group (Delaware), Inc. (collectively, "Plaintiffs"); and Defendants the County of Cook ("Cook County"), Maria Pappas, Cook County Treasurer (the "Treasurer" and, collectively with Cook County, the "County Defendants"), and Fritz Kaegi, Cook County Assessor (the "Assessor" and collectively with the County Defendants, "Defendants"), through their respective undersigned attorneys, hereby enter this Stipulation Regarding Completion of Fact Discovery, and state as follows:

1.     On September 30, 2025, the Defendants filed a Joint Motion for Leave to Continue the Deposition of Michael Larson, Leave to Take a Supplemental Deposition of Any Witness Based on Newly-Produced Materials, and for Extension of

Discovery Deadlines (the "Motion to Continue Depositions and Extend Fact Discovery"). Dkt. 510. That motion is fully briefed. Dkts. 514 and 522.

2. On November 4, 2025, the parties appeared before the Special Master to discuss document discovery issues raised in the Defendants' motions to compel filed at Dkts. 476, 488, and 489, which were referred to the Special Master. The parties have been meeting and conferring to resolve those discovery issues in accordance with the Special Master's instructions.

3. On November 4, 2025, following the conference with the Special Master, Magistrate Judge McLaughlin issued a Minute Order setting an in-person hearing on November 18, 2025. The Minute Order states that "[t]he Court anticipates ruling on Defendants' motion for extension of time to complete discovery [510] and to ensure that the parties and the Court are on the same page moving forward." Dkt. 525.

4. In order to resolve the Motion to Continue Depositions and Extend Fact Discovery without further Court intervention, and subject to the Court's approval, the parties agree to the following depositions on the indicated dates for the time specified:

| | Deponent | Date | Time Allotted |
|---|---|---|---|
| 1. | Michael Dart, as Plaintiffs' Rule 30(b)(6) designee[1] | December 11, 2025 | 7 hours[2] |
| 2. | Rule 30(b)(6) of the Treasurer's Office | December 16, 2025 | 7 hours |
| 3. | Rule 30(b)(6) of the Assessor's Office | December 17, 2025 | 7 hours |
| 4. | Rule 30(b)(6) of the County of Cook | February 19, 2026 | 7 hours |
| 5. | Juan Paz in his individual capacity | January 23, 2026 | 5 hours |
| 6. | Rule 30(b)(6) of Cook County Board of Review | To Be Scheduled | 7 hours |
| 7. | Michael Larson in his individual capacity | January 28, 2026 | 6 hours |
| 8. | Juan Paz, as Plaintiffs' Rule 30(b)(6) designee | February 17, 2026 | 7 hours |
| 9. | Nick Jordan | February 23, 2026 | 7 hours |
| 10. | Jodi Calisto, as Plaintiffs' Rule 30(b)(6) designee | February 25, 2026 | 7 hours |
| 11. | Jodi Calisto in her individual capacity | February 26, 2026 | 3 hours |

5. For each of the foregoing depositions, the parties agree that at least one (1) week in advance of the deposition, the noticing party will send to the opposing party the documents about which they in good faith intend to question the deponent. Additionally, with respect to the individual deposition of Juan Paz, the deposition will be limited to questioning on documents produced on or after July 18, 2025. With respect to the individual deposition of Jodi Calisto, the deposition will be limited to questioning on documents produced on or after September 8, 2025.

---

[1] Plaintiffs will designate Michael Dart as their corporate representative on IT and discovery-related topics to be described in a forthcoming amended Rule 30(b)(6) Notice specific to such topics, which Defendants will serve by November 19, 2025. The parties agree to meet-and-confer on the scope of those topics to ensure that the Plaintiffs understand the intended subject matters for examination, and the parties will finalize the topics by December 1, 2025.

[2] The parties agree to the 7-hour rule for Rule 30(b)(6) designees under Fed. R. Civ. P. 30(d)(1), with the understanding that they will permit a reasonable amount of additional time to complete a line of questioning if necessary, not to exceed 45 minutes.

6. Pursuant to the parties' meet-and-confer discussions, the Plaintiffs will propose stipulations to the Defendants in lieu of deposing a witness on certain of the topics in Defendants' amended Rule 30(b)(6) notice. The Plaintiffs will provide their proposed stipulations to the Defendants by December 5, 2025. For any topic on which the parties are not able to reach a stipulation, the Plaintiffs will designate a Rule 30(b)(6) witness for that topic.

7. The Treasurer agrees to complete its document production and serve its privilege log and supplemental written discovery responses by November 14, 2025.

8. Cook County agrees to complete its document production and serve its privilege log and supplemental written discovery responses by December 12, 2025.

9. Plaintiffs agree to supplement their responses to Defendants' document requests to identify responsive documents by December 5, 2025.

10. The parties agree that fact discovery shall close on February 28, 2026, and the parties agree not to seek any additional extensions of the fact-discovery period absent good cause shown.

11. The parties agree that other than the discovery identified herein and the matters pending before the Special Master, there will be no other requests for documents or fact depositions absent good cause shown.

12. Defendants have requested the deposition of David Simon, the Chairman, CEO, and President of Simon Property Group, Inc., and the Plaintiffs are considering that request and will respond by November 17, 2025. This Stipulation is not intended to address the Defendants' request to depose Mr. Simon. Court

4

intervention may be required, and nothing in this stipulation should be interpreted to prejudice Defendants' request.

Respectfully submitted,

| | |
|---|---|
| s/ _Andrew Schrag_ | s/ _Katherine G. Schnake_ |
| Paul H. Tzur | Katherine G. Schnake |
| Andrew Schrag | Matthew L. Pagano |
| BLANK ROME LLP | HINSHAW AND CULBERTSON LLP |
| 444 West Lake Street, Suite 1650 | 151 North Franklin Street |
| Chicago, Illinois 60606 | Suite 2500 |
| 312-776-2600 | Chicago, IL 60606 |
| Paul.Tzur@BlankRome.com | (312) 704-3000 |
| Andy.Schrag@BlankRome.com | |
| | *Attorneys for Defendant* |
| | *Cook County Assessor Fritz Kaegi* |
| James T. Smith | |
| Samuel M. Ventresca | |
| BLANK ROME LLP | |
| One Logan Square | s/ _Daniel J. Cozzi_ |
| 130 North 18th Street | Eileen O'Neill Burke |
| Philadelphia, Pennsylvania 19103 | State's Attorney of Cook County |
| 215-569-5500 | Anthony O'Brien |
| Jim.Smith@BlankRome.com | Assistant State's Attorney |
| Samuel.Ventresca@BlankRome.com | 500 Richard J. Daley Center |
| | Chicago, Illinois 60602 |
| *Attorneys for Plaintiffs* | (312) 603-2350 |
| *Fox Valley/River Oaks Partnership and* | |
| *Simon Property Group (Delaware), Inc.* | Daniel J. Cozzi |
| | Brittany Dushman |
| | E. Tripp Burton |
| | SWANSON, MARTIN & BELL, LLP |
| | 330 North Wabash, Suite 3300 |
| | Chicago, IL 60611 |
| | (312) 321-9100 |
| | |
| | *Attorneys for Defendants* |
| | *Maria Pappas, Cook County Treasurer,* |
| | *and the County of Cook* |

**APPROVED AND SO ORDERED.**

Dated: 11/18/25

_____
The Honorable Daniel P. McLaughlin