Fox Valley/River Oaks Partnership, et al.

                                        Plaintiff,

v.                                              Case No.: 1:18–cv–04888
                                                Honorable John J. Tharp Jr.

Maria Pappas, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

        MINUTE entry before the Honorable Daniel P. McLaughlin: Having reviewed the parties' Joint Status Report [538] and spoken with the Special Master, the Court confirms that fact discovery (other than the remaining discovery issues currently being addressed by the Special Master) closed on 2/28/26. The expert discovery schedule set in [529] remains in place. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.