| | |
|---|---|
| A.F. MOORE & ASSOCIATES, INC.;<br>J. EMIL ANDERSON & SON, INC.;<br>ERLING EIDE;<br>FOX VALLEY/RIVER OAKS PARTNERSHIP; and SIMON<br>PROPERTY GROUP (DELAWARE), INC., | No. 18 CV 4888 |
| *Plaintiffs*, | |
| v. | Judge John J. Tharp Jr. |
| MARIA PAPPAS, Cook County Treasurer and<br>  Ex Officio County Collector;<br>FRITZ KAEGI, Cook County Assessor; and<br>COUNTY OF COOK, | Magistrate Judge<br>  Daniel P. McLaughlin |
| *Defendants*. | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MINUTES

Plaintiffs Fox Valley/River Oaks Partnership and Simon Property Group (Delaware), Inc., and Defendants the County of Cook, Maria Pappas, Cook County Treasurer, and Fritz Kaegi, Cook County Assessor, through their respective undersigned attorneys, hereby submit the following Joint Motion for Extension of Time to file minutes from recent conferences with Special Master Maura Grossman. In support thereof, the parties jointly state as follows:

1. The Court's Minute Order dated March 10, 2026, required the parties to file meeting minutes from conferences with the Special Master by March 17, 2026, and to file any remaining Special Master meeting minutes that had not yet been finalized by April 1, 2026. Dkt. 540.

2. On March 17, 2026, the Defendants filed seven sets of meeting minutes, while noting that the parties had met with the Special Master on (1) February 6 and 9, 2026; (2) February 16, 2026; and (3) February 27, 2026, and that those minutes had not yet been finalized. Dkt. 541.

3. The parties have since finalized the minutes from the February 6 and 9 conferences, and those minutes were filed at Dkt. 549. However, the parties have not yet completed the minutes from the conferences held on February 16, 2026, and February 27, 2026. Additionally, the parties met with the Special Master on March 20, 2026, and are in the process of preparing those minutes.

4. As a result, the parties jointly request an extension of the deadline to file the remaining minutes until April 22, 2026.

5. Good cause exists to grant this extension. The parties have been working to address the items raised in the minutes, while also working toward the April 10 deadline for serving expert reports. This brief extension, which is sought in advance of the current deadline, will allow the parties additional time to complete the minutes and will not prejudice any party or delay this litigation.

6. The parties have conferred regarding this motion and all parties consent to the requested extension.

WHEREFORE, the parties jointly and respectfully request that this Court grant this Joint Motion and extend the deadline to April 22, 2026, for the parties to file the remaining minutes from their meetings with the Special Master.

Respectfully submitted,

/s/ *Andrew Schrag*
Andrew Schrag
Paige Wahoff
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
312-776-2600
Andy.Schrag@BlankRome.com
Paige.Wahoff@BlankRome.com

James T. Smith
Samuel M. Ventresca

BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
215-569-5500
Jim.Smith@BlankRome.com
Samuel.Ventresca@BlankRome.com

*Attorneys for Plaintiffs*
 *Fox Valley/River Oaks Partnership and*
 *Simon Property Group (Delaware), Inc.*


-and-

/s/ *Katherine G. Schnake*                                    Daniel J. Cozzi
Katherine G. Schnake                    Daniel J. Cozzi
Matthew L. Pagano                       E. Tripp Burton
HINSHAW AND CULBERTSON LLP              Kelsie A. Martin
151 North Franklin Street               Nicole O'Toole Peterson
Suite 2500                              SWANSON, MARTIN & BELL, LLP
Chicago, IL 60606                       330 North Wabash, Suite 3300
(312) 704-3000                          Chicago, IL 60611
                                        (312) 321-9100

*Attorneys for Defendant*
*Cook County Assessor Fritz Kaegi*      *Attorneys for Defendants*
                                        *Maria Pappas, Cook County Treasurer,*
                                        *and the County of Cook*

3