UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOX VALLEY/RIVER OAKS PARTNERSHIP; and
SIMON PROPERTY GROUP (DELAWARE), INC.,

    *Plaintiffs,*

      v.

MARIA PAPPAS, Cook County Treasurer and
  Ex Officio County Collector;
FRITZ KAEGI, Cook County Assessor; and
COUNTY OF COOK,

    *Defendants.*

No. 18 CV 4888

Judge John J. Tharp Jr.

Magistrate Judge
  Daniel P. McLaughlin

## <u>PLAINTIFFS' AMENDED UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES</u>

Plaintiffs Fox Valley/River Oaks Partnership and Simon Property Group (Delaware), Inc. (collectively, "Plaintiffs"), through their undersigned attorneys, move pursuant to Federal Rule of Civil Procedure 6(b) for an order extending the deadline for service of expert reports to June 26, 2026. Defendants' counsel confirmed in a teleconference on April 9, 2026 that Defendants do not oppose this request.[1] In support of their request, Plaintiffs state as follows:

1.    On November 18, 2025, pursuant to the parties' stipulation and as discussed at a hearing with Magistrate Judge McLaughlin, the Court set deadlines of April 10, 2026 and May 8, 2026 for the parties to serve expert reports and expert

---

[1]    In a subsequent teleconference on April 10, 2026, counsel for the Treasurer and Cook County clarified that counsel has scheduling conflicts with the rebuttal report and deposition dates originally proposed in Plaintiffs' motion to extend expert discovery deadlines (Dkt. 556) and could not agree to those dates. Plaintiffs hereby withdraw that motion and replace it with this amended motion.

rebuttal reports, respectively. (Dkt. 529.) The Court set the deadline for completion of expert depositions for July 10, 2026.

2. Written discovery closed on February 28, 2026, with the exception of certain "issues currently being addressed by the Special Master." (Dkt. 539.)

3. To resolve some of those issues, the Special Master on April 4, 2026 authorized service of additional non-party subpoenas by Defendants. Plaintiffs have also agreed to conduct certain supplemental document searches, and to provide a supplemental Rule 30(b)(6) designee to testify on limited topics. Plaintiffs have agreed to complete any supplemental document production by April 30, 2026 and to provide the supplemental Rule 30(b)(6) deposition in May.

4. On March 31, 2026 and April 2, 2026, Defendants filed motions for leave to amend their affirmative defenses. (Dkts. 547 and 550.) The Court granted that motion (Dkt. 555) and Plaintiffs anticipate that these amended affirmative defenses will require additional discovery from Defendants, which Plaintiffs will raise with the Special Master or with the Court if so directed.

5. Earlier today, April 9, 2026, at a hearing with Judge Tharp, the Court indicated that the current trial date of November 4, 2026 would not be maintained, and that deadlines for dispositive and *Daubert* motions will also be postponed. The Court indicated that it will re-set remaining pre-trial and trial dates following a hearing scheduled for June 16, 2026. (Dkt. 555.)

6. In light of the postponement of the trial and related pre-trial deadlines, there is no urgent need to immediately complete expert disclosures.

2

7.      In fact, in light of ongoing fact discovery, immediate expert disclosures risk inefficiency and further delay. Plaintiffs respectfully submit that to avoid the risk of piecemeal expert disclosures, including potential requests for amendment, supplementation, or addition of expert disclosures in response to discovery completed after the current April 10, 2026 expert report deadline, that deadline should be extended until after the completion of all outstanding fact discovery.

8.      Plaintiffs anticipate producing any remaining supplemental documents in April, and the parties anticipate completing any remaining fact depositions by the end of May. Plaintiffs respectfully request that that the deadline for disclosure of primary expert reports (for both sides) be extended to June 26, 2026, and that the deadlines for expert rebuttal reports and expert depositions be stricken.

9.      Due to limited availability, counsel for the parties have not yet agreed on expert rebuttal report and expert deposition deadlines, but will promptly meet and confer regarding these deadlines and will present a proposal to the Court for consideration.

10.     The undersigned conferred on April 9, 2026 and April 10, 2026 with counsel for Defendants regarding this request, and Defendants do not oppose it.

11.     Plaintiffs do not file this motion for the purpose of delay, and no party would be prejudiced by the relief sought.

Respectfully submitted,

James T. Smith
Samuel M. Ventresca
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
(215) 569-5500

 *s/ Andrew Schrag*
Andrew Schrag
Paige Wahoff
BLANK ROME LLP
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
(312) 776-2600

*Attorneys for Fox Valley/River Oaks
    Partnership and Simon Property
    Group (Delaware), Inc.*