# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

A.F. MOORE & ASSOCIATES, INC.; J. EMIL ANDERSON & SON, INC.; ERLING EIDE; and FOX VALLEY/RIVER OAKS PARTNERSHIP, and SIMON PROPERTY GROUP (Delaware), INC.

          Plaintiffs,

          v.

MARIA PAPPAS, Cook County Treasurer and Ex Officio County Collector, FRITZ KAEGI, Cook County Assessor, and the COUNTY OF COOK,

          Defendants.

No. 1:18-cv-04888

Judge John J. Tharp, Jr.

Judge Sheila M. Finnegan

## MINUTES FROM THE MEETINGS WITH THE SPECIAL MASTER REGARDING SALES AND MARKETING MATERIALS

Defendants, MARIA PAPPAS, Cook County Treasurer, the COUNTY OF COOK, and FRITZ KAEGI, Cook County Assessor (collectively, "defendants"), through their respective undersigned attorneys, hereby submit the following delineation of exhibits pursuant to the Court's Minute Orders dated March 10, 2026 and April 3, 2026, to provide the Court with all minutes from the parties' meetings with the Special Master regarding the defendants' motions to compel with respect to a number of discovery issues. Dkts. 540, 542 and 553.

1. On March 17, 2026, the Court was provided with the following minutes associated with the issues raised in Dkts. 476, 488 and 489:

    a. Minutes of September 23, 2025 Conference;

    b. Minutes of November 4, 2025 Conference;

    c. Minutes of November 14, 2025 Conference;

    d. Minutes of December 8, 2025 Conference;

    e. Minutes of December 22, 2025 Conference;

f.   Minutes of January 20, 2026 Conference; and

g.   Minutes of January 29, 2026 Conference. Dkts 540, 541.

2.     On April 1, 2026, the Court was provided with minutes from the joint February 6 and 9, 2026 conference with Special Master Grossman. Dkts 548, 549.

3.     Since that time, the parties and the Special Master finalized minutes from the joint April 3 and April 8, 2026 conferences, which focused on plaintiffs' supplemental search and production for sales and marketing materials for River Oaks. Those minutes are provided at Dkt. 561.

4.     The parties also met with the Special Master on February 16, 2026, February 27, 2026 and March 20, 2026. Those minutes have not yet been finalized, and will be provided to the Court by the April 22, 2026 deadline set forth in the Court's April 3, 2026 Minute Order. Dkt. 553.

Dated: April 15, 2026

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By: _____

Daniel J. Cozzi
Attorney for Cook County defendants

HINSHAW AND CULBERTSON LLP

By:    /s/ *Katherine G. Schnake*

Katherine G. Schnake
Attorney for Cook County Assessor

Daniel J. Cozzi (ARDC #6303107)
Nicole O'Toole Peterson (ARDC #6330227)
E. Tripp Burton (ARDC #6348840)
Kelsie A. Martin (ARDC #6353350)
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300

Chicago, IL 60611
(312) 321-910
*Attorneys for Cook County defendants*


Katherine G. Schnake
Matthew L. Pagano
Camille D. Evans
HINSHAW AND CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3000
*Attorneys for Cook County Assessor Fritz Kaegi*