**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| A.F. MOORE & ASSOCIATES, INC.;<br>J. EMIL ANDERSON & SON, INC.;<br>ERLING EIDE;<br>FOX VALLEY/RIVER OAKS PARTNERSHIP; and SIMON<br>PROPERTY GROUP (DELAWARE), INC., | No. 18 CV 4888 |
| *Plaintiffs*, | |
| v. | Judge John J. Tharp Jr. |
| MARIA PAPPAS, Cook County Treasurer and<br> Ex Officio County Collector;<br>FRITZ KAEGI, Cook County Assessor; and<br>COUNTY OF COOK, | Magistrate Judge<br> Daniel P. McLaughlin |
| *Defendants*. | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MINUTES

Plaintiffs Fox Valley/River Oaks Partnership and Simon Property Group (Delaware), Inc., and Defendants the County of Cook, Maria Pappas, Cook County Treasurer, and Fritz Kaegi, Cook County Assessor, through their respective undersigned attorneys, hereby submit the following Joint Motion for Extension of Time to file minutes from recent conferences with Professor Maura Grossman (the "Special Master"). In support thereof, the parties jointly state as follows:

1.      The Court's Minute Order dated April 3, 2026, required the parties to file meeting minutes from conferences with the Special Master by April 22, 2026. Dkt. 553.

2.      On April 15, 2026, the Defendants filed 2 sets of meeting minutes, while noting that the parties had met with the Special Master on (1) February 16, 2026; (2) February 27, 2026 and (3) March 20, 2026, and that those minutes had not yet been finalized. Dkt. 560.

3.      Since then, the parties and the Special Master have not yet finalized the minutes from the conferences held on February 16, 2026 and February 27, 2026, March 20, 2026, April 3,

2026, and April 8, 2026. Additionally, the parties met with the Special Master on April 21, 2026, and will meet again with the Special Master on April 22, 2026. The parties are in the process of preparing a joint set of minutes for these conferences.

4.      As a result, the parties jointly request an extension of the deadline to file the remaining minutes until May 6, 2026.

5.      The parties have been working cooperatively to address the items raised in the minutes. In the course of those efforts, the Special Master advised on April 20, 2026, that based on other scheduling commitments she would require additional time to complete review of the outstanding minutes and requested that the parties seek an extension. This brief extension, sought in advance of the current deadline, will allow the parties and the Special Master adequate time to finalize the minutes and will not prejudice any party or delay this litigation.

6.      The parties have conferred regarding this motion and all parties consent to the requested extension.

WHEREFORE, the parties jointly and respectfully request that this Court grant this Joint Motion and extend the deadline to May 6, 2026, for the parties to file the remaining minutes from their meetings with the Special Master.

Respectfully submitted,

*/s/ Paige F. Wahoff*
Andrew Schrag
Paige Wahoff
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
312-776-2600
Andy.Schrag@BlankRome.com
Paige.Wahoff@BlankRome.com

James T. Smith
Samuel M. Ventresca

2

BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
215-569-5500
Jim.Smith@BlankRome.com
Samuel.Ventresca@BlankRome.com

*Attorneys for Plaintiffs*
  *Fox Valley/River Oaks Partnership and*
  *Simon Property Group (Delaware), Inc.*


-and-

/s/ *Katherine G. Schnake*

Katherine G. Schnake
Matthew L. Pagano
HINSHAW AND CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3000

*Attorneys for Defendant*
*Cook County Assessor Fritz Kaegi*

/s/ *E. Tripp Burton*

Daniel J. Cozzi
E. Tripp Burton
Kelsie A. Martin
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

*Attorneys for Defendants*
*Maria Pappas, Cook County Treasurer,*
  *and the County of Cook*

3