# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

A.F. MOORE & ASSOCIATES, INC.; J. EMIL
ANDERSON & SON, INC.; ERLING EIDE; and
FOX VALLEY/RIVER OAKS PARTNERSHIP,
and SIMON PROPERTY GROUP (Delaware), INC.

          Plaintiffs,

      v.

MARIA PAPPAS, Cook County Treasurer and Ex
Officio County Collector, FRITZ KAEGI, Cook
County Assessor, and the COUNTY OF COOK,

          Defendants.

No. 1:18-cv-04888

Judge John J. Tharp, Jr.

Judge Sheila M. Finnegan

## MINUTES FROM THE MEETINGS WITH THE SPECIAL MASTER REGARDING SALES AND MARKETING MATERIALS

Defendants, MARIA PAPPAS, Cook County Treasurer, the COUNTY OF COOK, and FRITZ KAEGI, Cook County Assessor (collectively, "defendants"), through their respective undersigned attorneys, hereby submit the following delineation of exhibits pursuant to the Court's Minute Orders dated March 10, 2026 and April 3, 2026, to provide the Court with all minutes from the parties' meetings with the Special Master regarding the defendants' motions to compel with respect to a number of discovery issues. Dkts. 540, 542 and 553.

1.     On March 17, 2026, the Court was provided with the following minutes associated with the issues raised in Dkts. 476, 488 and 489:

      a.   Minutes of September 23, 2025 Conference;

      b.   Minutes of November 4, 2025 Conference;

      c.   Minutes of November 14, 2025 Conference;

      d.   Minutes of December 8, 2025 Conference;

      e.   Minutes of December 22, 2025 Conference;

    f.   Minutes of January 20, 2026 Conference; and

    g.   Minutes of January 29, 2026 Conference. Dkts 540, 541.

2.      On April 1, 2026, the Court was provided with minutes from the joint February 6 and 9, 2026 conference with Special Master Grossman. Dkts 548, 549.

3.      On April 15, 2026, the Court was provided with minutes from the joint April 3 and April 8, 2026 conference with Special Master Grossman. Dkts. 560, 561.

4.      Since that time, the parties and the Special Master finalized minutes from the February 16, 2026 conference. Those minutes are provided at Dkt. 565.

5.      The parties also met with the Special Master on February 16, 2026, February 27, 2026 and March 20, 2026. In the past week, the parties had joint conferences with Special Master on April 21 and April 23, 2026, to discuss search protocols for plaintiffs' supplemental search for sales and marketing materials and other additional matters.

6.      The parties will reconvene with the Special Master on May 5, 2026 for another conference relating to plaintiffs' supplemental search for sales and marketing materials, and any other necessary matters that arise in the interim.

7.      On April 22, 2026, the parties filed a joint motion to extend the deadline to file outstanding minutes until May 6, 2026, based on the Special Master's advisement. Dkt 563. While the parties do not anticipate the May 5, 2026 minutes will be finalized by the Special Master by May 6, 2026, the parties will file all other minutes finalized by the Special Master by May 6, 2026.

Dated: April 23, 2026               Respectfully submitted,

                              SWANSON, MARTIN & BELL, LLP

By:        *Daniel J. Cozzi*

                              Daniel J. Cozzi
                              Attorney for Cook County defendants

2

HINSHAW AND CULBERTSON LLP

By:    /s/ *Katherine G. Schnake*

Katherine G. Schnake
Attorney for Cook County Assessor


Daniel J. Cozzi (ARDC #6303107)
Nicole O'Toole Peterson (ARDC #6330227)
E. Tripp Burton (ARDC #6348840)
Kelsie A. Martin (ARDC #6353350)
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-910
*Attorneys for Cook County defendants*


Katherine G. Schnake
Matthew L. Pagano
Camille D. Evans
HINSHAW AND CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3000
*Attorneys for Cook County Assessor Fritz Kaegi*

3