## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Fox Valley/River Oaks Partnership, et al.

                Plaintiff,

v.

                                         Case No.: 1:18–cv–04888

Maria Pappas, et al.

                                         Honorable John J. Tharp Jr.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 23, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: In–person status hearing held 4/23/26. For the reasons discussed in open court, Plaintiffs' Amended Unopposed Motion to Extend Expert Discovery Deadlines [557] is granted in part; the parties are encouraged to confer and provide the Court with an agreed proposed expert discovery schedule. If the parties cannot come to an agreement, each party should file its own proposal. Any expert discovery proposal is due no later than 5/15/26, and the filing, whether it be a joint status report or one–party proposal, is limited to five pages. Plaintiffs' Unopposed Motion to Extend Expert Deadlines [556] is denied as moot. Additionally, the parties' Joint Motion for Extension of Time [563] is granted and modified as follows: the parties have until 6/9/26 to file the remaining minutes from their meetings with the Special Master and, to the extent possible, the parties are directed to file the minutes on a rolling basis during this timeframe. The Court will set further dates after review of the 5/15/26 filing(s). Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.